

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00369-CV

Robert **GARCIA**,
Appellant

v.

**SOUTH SAN ANTONIO INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-09073
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed: November 6, 2013

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who have incurred them.

PER CURIAM